UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0673M-01 (CR) |
| | : | MAGISTRATE NO. 05-0673M-02 (CR) |
| **EARL LLOYD MCKENZIE,** | : | |
| **WONNIE NATHANIEL HAMPTON,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendants.** | : | and §841(b)(1)(B)(vii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 100 Kilograms or More of Cannabis) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 21, 2005, within the District of Columbia, **EARL LLOYD MCKENZIE and WONNIE NATHANIEL HAMPTON,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance and the amount of said mixture and substance was 100 kilograms or more.

(**Unlawful Possession With Intent to Distribute 100 Kilograms or More of Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.