UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-013 (RWR) |
| | : | |
| EARL LLOYD MCKENZIE | : | |
| and | : | |
| WONNIE NATHANIEL HAMPTON, | : | Status Hearing Date: February 17, 2006 |
| Defendants. | : | |
| | : | |

GOVERNMENT'S UNOPPOSED MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court by way of unopposed motion to dismiss this case. The defense counsel in this case have authorized the undersigned to represent that each has no objection to this motion. These Defendant may be prosecuted in the District of Maryland.

WHEREFORE, for the reasons set forth herein, the United States respectfully requests that the Court grant this motion.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NO. 451-058

By: _____
MARTIN DEE CARPENTER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of this pleading has been electronically served and filed, this 15th day of February, 2006, to counsel for Defendant Hampton, Nathan I. Silver, II, Esquire, at nisquire@aol.com ; and to counsel for Defendant McKenzie, Attorney Jonathan Jeffress, at jonathan_jeffress@fd.org , and Attorney Barry Turner, at btee22@hotmail.com.

 

MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C. 20530
(202) 514-7063

Email: martin.carpenter2@usdoj.gov