UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-013 (RWR) |
| | : | |
| EARL LLOYD MCKENZIE | : | |
| and | : | |
| WONNIE NATHANIEL HAMPTON, | : | Status Hearing Date: February 17, 2006 |
| Defendants. | : | |
| | : | |

O R D E R

Having considered the Government's Unopposed Motion to Dismiss, and for good cause having been shown, it is HEREBY

ORDERED that the government's motion is granted;

ORDERED that his matter shall be dismissed without prejudice;

ORDERED that the status hearing date of February 17, 2006 shall be vacated;

AND FURTHER ORDERED that the defendants shall be released in this matter forthwith, but that the Clerk and United States Marshal shall take note that this order does NOT affect the defendants's detention status in any other matters.

_____                    _____
DATE                                                                       JUDGE RICHARD W. ROBERTS
                                                                                   United States District Court for the
                                                                                           District of Columbia

Copies to:

AUSA Martin Dee Carpenter
martin.carpenter2@usdoj.gov

Attorney Nathan I. Silver, II
nisquire@aol.com

Attorney Jonathan Jeffress
jonathan_jeffress@fd.org

Attorney Barry Turner
btee22@hotmail.com