## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | NOTICE OF APPEARANCE |
| | : | 1:05 MJ 00673 |
| | : | |
| EARL LLOYD MCKENZIE | : | |

  PLEASE NOTICE, that I have been retained by Earl Lloyd Mckenzie, the above named defendant.

| | |
|---|---|
| NAME | BARRY S. TURNER |
| SIGNATURE | |
| BAR CODE | BT6140 |
| FIRM NAME | BARRY S. TURNER, P.C. |
| ADDRESS | 780 THIRD AVENUE (14th FL.)<br>NEW YORK, NY 10017 |
| E-MAIL | BTEE22@HOTMAIL.COM |
| PHONE NO. | 212-679-1000 |
| FAX | 212-583-0072 |