IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 06-13 (RWR) |
| EARL MCKENZIE, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Jonathan S. Jeffress, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1. Barry S. Turner, P.C., 780 Third Avenue, New York, NY 10017, has been retained to represent Mr. McKenzie in all future proceedings in this case.

*WHEREFORE*, it is respectfully requested that Jonathan S. Jeffress, Assistant Federal Public Defender, be permitted to withdraw as counsel for Earl McKenzie in this case.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____"/s/"_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500