IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|       Plaintiff, | ) |
|       v. | ) Cr. No. 06-13 (RWR) |
| EARL McKENZIE | ) |
|       Defendant. | ) |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is hereby

***ORDERED*** that the Motion to Withdraw as Counsel is hereby granted; and it is further

***ORDERED*** that Jonathan S. Jeffress, Esq., is permitted to withdraw as counsel.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Date: _____, 2006