

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 16 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-013 (RWR) |
| : | |
| EARL LLOYD MCKENZIE : | |
| and : | |
| WONNIE NATHANIEL HAMPTON, : | Status Hearing Date: February 17, 2006 |
| Defendants. : | |

ORDER

Having considered the Government's Unopposed Motion to Dismiss, and for good cause having been shown, it is HEREBY

ORDERED that the government's motion is granted;

ORDERED that his matter shall be dismissed without prejudice;

ORDERED that the status hearing date of February 17, 2006 shall be vacated;

AND FURTHER ORDERED that the defendants shall be released in this matter forthwith, but that the Clerk and United States Marshal shall take note that this order does NOT affect the defendants's detention status in any other matters.

2/15/06
_____
DATE

_____
JUDGE RICHARD W. ROBERTS
United States District Court for the
District of Columbia